# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SAMMIE LEE BROWN, )
       Plaintiff, )
v. ) Case No. CV413-195
THERESA BARNES, *et al.* )
       Defendants. )

## REPORT AND RECOMMENDATION

Sammie Lee Brown has filed a new 42 U.S.C. § 1983 action *without* disclosing the fact that he has been barred, under 28 U.S.C. § 1915(g), from filing any further § 1983 actions without paying the full $350 filing fee or meeting the "imminent danger of serious physical injury" exception under 28 U.S.C. § 1915(g). Doc. 1; *see Brown v. Ware*, CV112-133, docs. 5 & 7 (M.D. Ga. Sept. 5, 2012) (dismissal under § 1915(g) in light of his three prior strikes). Normally, the Court would direct him to show cause why this case should not be dismissed for lying, *see, e.g.*, *Willis v. Brown*, 2012 WL 6016834 at * 1 (S.D. Ga. Dec. 3, 2012), but the taxpayers are better served by simply dismissing this case under §

1915(g) now. Because Brown is three-strikes barred, his complaint (doc. 1) should be dismissed with a warning that future deceptive filings will be met with a Fed. R. Civ. P. 11, monetary sanction to be assessed directly against his prison account.[1]

**SO REPORTED AND RECOMMENDED** this 29TH day of August, 2013.

                             /s/ M. Smith
                             UNITED STATES MAGISTRATE JUDGE
                             SOUTHERN DISTRICT OF GEORGIA

---

[1] Brown is also reminded that lying under oath, either live or "on paper," is a prosecutable offence. *See, e.g., United States v. Dickerson*, CR608-36, doc. 1 (S.D. Ga. Dec. 11, 2008) (§ 2255 movant indicted for perjury for knowingly lying in his motion seeking collateral relief from his conviction); *id.*, doc. 47 (guilty verdict), cited in *Irick v. United States*, 2009 WL 2992562 at * 2 (S.D. Ga. Sept. 17, 2009 (unpublished).